Certificate Number: 17082-PAE-DE-040567147

Bankruptcy Case Number: 26-10060



17082-PAE-DE-040567147

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 30, 2026, at 3:49 o'clock PM MST, USMAN TAUQEER completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 30, 2026            By:    /s/Orsolya K Lazar

                                   Name:  Orsolya K Lazar

                                   Title: Executive Director