United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Usman Tauqeer

    Debtor

Case No. 26-10060-pmm

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 08, 2026 | Form ID: 318 | Total Noticed: 14 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Usman Tauqeer, 543 Luella Dr, Kutztown, PA 19530-1235 |
| 15090386 | + | Loancare/Guidance Reside, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15090387 | + | Tauqeer Hussain, 543 Luella Drive, Kutztown, PA 19530-1235 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 09 2026 00:35:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 09 2026 00:35:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 15090378 | + | EDI: CITICORP | Apr 09 2026 04:34:00 | Amex/CBNA, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 15090379 | + | EDI: TSYS2 | Apr 09 2026 04:34:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 15090380 | + | EDI: CAPITALONE.COM | Apr 09 2026 04:34:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15090381 | + | EDI: CITICORP | Apr 09 2026 04:34:00 | Citi Cards/CitiBank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 15090382 | + | EDI: DISCOVER | Apr 09 2026 04:28:00 | Discover Card, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 15090383 | + | EDI: JPMORGANCHASE | Apr 09 2026 04:28:00 | JPMCB Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 15090384 | ^ | MEBN | Apr 09 2026 00:28:42 | Kia Finance America, 4000 Macarthur Blvd Ste 1000, Newport Beach, CA 92660-2544 |
| 15090385 | ^ | MEBN | Apr 09 2026 00:28:36 | Kia Motor Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 15090388 | + | EDI: WFAUTO | Apr 09 2026 04:34:00 | Wells Fargo Auto, PO Box 71092, Charlotte, NC 28272-1092 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0313-4        User: admin        Page 2 of 2

Date Rcvd: Apr 08, 2026        Form ID: 318        Total Noticed: 14

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| CHARLES LAPUTKA | on behalf of Debtor Usman Tauqeer ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| MATTHEW K. FISSEL | on behalf of Creditor Guidance Residential  LLC, bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com  PA93@ecfcbis.com;jhysley@karalislaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

<table>
<tr><td colspan="3"><strong>Information to identify the case:</strong></td></tr>
</table>

**Information to identify the case:**

| Debtor 1 | Usman Tauqeer | Social Security number or ITIN   xxx–xx–5873 |
|---|---|---|
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:  26–10060–pmm

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Usman Tauqeer

4/7/26

**By the court:**  Patricia M. Mayer
                United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**