United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 26-10060-pmm

Usman Tauqeer | Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: admin | Page 1 of 1

Date Rcvd: Apr 09, 2026 | Form ID: 195 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2026:**

**Recip ID              Recipient Name and Address**
db                          +  Usman Tauqeer, 543 Luella Dr, Kutztown, PA 19530-1235

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2026 | Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2026 at the address(es) listed below:**

**Name                        Email Address**

CHARLES LAPUTKA
                                    on behalf of Debtor Usman Tauqeer ecfnotices@laputkalaw.com
                                    jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

MATTHEW K. FISSEL
                                    on behalf of Creditor Guidance Residential  LLC, bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

ROBERT W. SEITZER
                                    rseitzer@karalislaw.com  PA93@ecfcbis.com;jhysley@karalislaw.com

United States Trustee
                                    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA


In re:                                              : Chapter 7


Usman Tauqeer                                       : Case No. 26–10060–pmm

       Debtor(s)


### *ORDER*
_____


    AND NOW, this day , April 8, 2026 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


               By The Court

               Patricia M. Mayer
               Judge, United States Bankruptcy Court


13
Form 195